**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, | : : : : | No. 188 WAL 2017 |
| Respondent | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| BRYAN J. WATTERS AND PROPOSED INTERVENER, DIANE WATTERS, | : : : | |
| Petitioners | : | |


## ORDER


**PER CURIAM**

  **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.